UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

PRP, Inc.

Case No: 10-00094

Debtor(s)

## APPLICATION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, attorney-in-fact for Latosha McClure, claimant, hereby petitions the Court for $736.94, which is the sum of all monies being held in the Registry of the Clerk, United States Bankruptcy Court, as unclaimed funds, which are due to Latosha McClure, creditor.

The creditor did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Latosha McClure. Latosha McClure's current address and phone number is listed below.

The claimant/creditor's current mailing address is:

Latosha McClure
90 Spring Leaf Dr
Dallas, GA 30157
(678) 791-5018
Last four digits of SSN/TIN: xxx-xx-0299

Dated: March 15, 2019

Brian J. Dilks *
Dilks & Knopik, LLC

Sworn and subscribed to, before me
this 15th day of March, 2019

Andrew T. Drake, Notary Public
for State of Washington, County of King
Commission Expires: September 9, 2019
*Attached is the petitioner's (Brian J. Dilks) Photo Identification

## CERTIFICATE OF SERVICE OF APPLICATION ON U.S. ATTORNEY

Notice is hereby given that on <u>March 15, 2019</u> a <u>copy</u> of the Application for Release of Unclaimed Funds was served on the U.S. Attorney for the Southern District of Alabama by U.S. Mail at the following addresses:

       United States Attorney
       Riverview Plaza
       63 S. Royal, Suite 600
       Mobile, AL 36602

Dated: March 15, 2019

       _/s/ Brian J. Dilks_
       Brian J. Dilks
       Dilks & Knopik, LLC
       Attorney in Fact for
       Latosha McClure



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

RE: PRP, Inc.  )  Case: 10-00094
)
)  **AUTHORITY TO ACT**
)  **Limited Power of Attorney**
Debtor(s) )  **LIMITED TO ONE TRANSACTION**

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Latosha McClure** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of $736.94 (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

_____     __March 8th_____, 20_19_
Latosha McClure                                              Date

Tax ID: XXX-XX- 0299

### ACKNOWLEDGMENT

STATE OF __Georgia__ )        COUNTY OF __Polk__ )

On this __8__ day of __March__, __2019__, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) **Latosha McClure** known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC __Ojada D. Edwards__
Residing at __316 N. Piedmont Ave Rockmart, GA 30153__
My Commission expires __04/01/2022__



## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| RE: | Case: 10-00094 |
| PRP, Inc. | AFFIDAVIT OF ADDRESS |
| Debtor(s) | |

I, Latosha McClure, under the penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am over the age of 18 and competent to provide this affidavit;
2. I was a creditor in the above-mentioned case;
3. At the time of the above-mentioned case I had a mailing address of 42 Whiteriver Rd., Aragon, GA 30104;
4. It has been over 9 years since I used the 42 Whiteriver Rd., Aragon, GA 30104 address;
5. After a diligent search, I have been unable to locate anything showing the 42 Whiteriver Rd., Aragon, GA 30104 address;

I pray that the court will accept this affidavit as proof of entitlement to these funds.

Dated 3-8-19      By: _Latosha McClure_
                      Latosha McClure

STATE OF Georgia, COUNTY OF Polk

On 3/8/19 before me, personally appeared (insert name of the signer) **Latosha McClure** personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

_Jada D. Edwards_
Notary Public
My commission expires on 04/01/2022

[Notary Seal: JADA D. EDWARDS, NOTARY PUBLIC, POLK COUNTY, GA, Exp. Apr. 01, 2022]

**Address Proof**

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS
Accounting Division

## VENDOR INFORMATION/TIN CERTIFICATION

Mandatory Information that MUST be provided before submission

☐ Ex-AO Employee
☐ SAM Vendor
*(Formerly CCR)*
*(No TIN Certification Required)*

| Vendor Address | Other Address *(If different from Vendor Address)* |
|---|---|
| Select all that apply ☑ Order ☑ Remit ☐ 1099 | Select all that apply ☐ Order ☐ Remit ☐ 1099 |
| Name: Latosha McClure | Address: |
| Business Name:<br>*(if different from above)* | City: |
| Address 1: c/o Dilks & Knopik, LLC | State:           Zip Code: |
| Address 2: 35308 SE Center Street | Phone #: |
| City: Snoqualmie | Description:<br>*(If needed)* |
| State: WA            Zip Code: 98065 | |
| Phone #: 425-836-5728    Email: admin@dkllc.com | |
| Taxpayer Identification #: 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<br>*(TIN, SS, or EIN number)* | |
| DUNS # | |

| Financial Information ||
|---|---|
| Bank Name: Key Bank | Routing # *(this nine digit number appears on your checks, but do not include individual check numbers):* 125000574 |
| City: Snoqualmie | Account #: 472741017389 |
| State: WA     Zip Code: 98065 | Type of Account: *(select one)* ☑ Checking ☐ Savings |

Type of Organization for 1099 reporting:

  ☐ sole proprietorship;                    ☐ partnership;

  ☐ corporate entity *(not tax-exempt)*;    ☐ corporate entity *(tax-exempt)*;

  ☐ health care provider;                   ☑ other:  Individual

  ☐ government entity *(write in either federal, state or local)*

**Taxpayer Identification Number Certification**

Under penalties of perjury, I certify that:

  1. The Taxpayer Identification Number listed in the Vendor Address area above is the correct number assigned to me, and
  2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and
  3. I am a U.S. citizen or other U.S. person *(defined below)*.

☐ You must select this check box if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. If you make a false statement with no reasonable basis that results in no backup withholdings, you are subject to a $500 penalty. Willfully falsifying certifications or affirmations on this form may subject you to criminal penalties including fines and/or imprisonment.

AO 213
(Rev. 01/16)

**Definitions:**

"Taxpayer Identification *(TIN, SS, or EIN number)*" is the number required by the Internal Revenue Service (IRS) to be used in reporting income tax and other returns. The TIN may be either a social security number (SSN) or an employer identification number (EIN).

"U.S. person" means:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

The TIN, as well as the information above is required in order to comply with debt collection requirements of 31 U.S.C. §§ 7701(c) and 3325(d), reporting requirements of 26 U.S.C. §§ 6041 and 6041A, and implementing regulations issued by the IRS. Failure or refusal to furnish this information may result in 28 percent backup withholding on any payments otherwise due under any awarded contract or purchase order.

The TIN may be used by the government to collect and report on any delinquent amounts arising out of the vendor's relationship with the government (31 U.S.C. § 7701(c)(3)). The TIN provided may be matched with IRS records to verify its accuracy.

Complete this section only if a TIN was not provided on page one, and select closest reason why not:

☐ The vendor is a nonresident alien, foreign corporation or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

☐ The vendor is an agency or instrumentality of a foreign government;

**Additional information required for vendors used for procurement
(purchase orders, contracts, etc.)**

Indicate which, if any, of the following categories are applicable. These categories require that the vendor is 51% owned and the management and daily operations are controlled by one or more members of the selected socio-economic group:

☐ Women Owned Business ☐ Not Applicable

☐ Minority Owned Business *(If yes, select one of the owner's race/ethnicity selections from below)*:

☐ Asian-Pacific American ☐ Black American ☐ Subcontinent Asian (Asian-Indian)American
☐ Hispanic American ☐ Native American ☐ Other: _____

Date: 3/15/19                                             [signature]
                                                          *Vendor's signature*

---

**For Agency Use Only**
The vendor name and DUNS number is all that is required for registered System for Award Management (SAM) vendors (formerly CCR). (Check www.sam.gov for registration status.) Do not use this form for purchase card merchants.

Mark Boxes that apply: ☐ Addition ☐ Change ☐ Vendor Code: _____ *(make entry only if change)*
                      ☐ Active   ☐ Inactive ☐ Vendor Type: _____

| The following information is optional for individuals whose name and telephone are already on the form: |
|---|
| Contact Name: |
| Telephone Number:                                Email: |

| Identification of person making this request: |
|---|
| Name: |
| Telephone Number:                    Originating Office: |

Please type or print clearly. Please type or print clearly. For JIFMS Users only, e-mail the completed form to: jifms@support.aotx.uscourts.gov. For Court FAS4T Users, send this form to the local court Vendor Administrator. For questions regarding JIFMS and Court FAS4T please contact SDSO at (210) 301-6320.

This form should be completed with signature by the vendor and submitted by Judiciary staff only.
Sensitive information must be securely maintained and only visible to the appropriately designated financial employee.